# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * <br> **ROBERT BANGAR, JR. et al.,** <br> Plaintiffs, <br> v. <br> **UNITED STATES,** <br> Defendant. <br> * * * * * * * * * * * * * * * * * * * * * | No. 17-1245T <br> Filed: August 20, 2020 |

### O R D E R

The court is in receipt of the parties' August 19, 2020 joint stipulation of dismissal with prejudice. Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of Federal Claims (2020), this court **ORDERS** that this case be **DISMISSED,** with prejudice, and with each party to bear its own costs, expenses, and attorneys' fees.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**